**STATE of Missouri, Respondent,**

v.

**Kelly HUDSON, Appellant.**

No. 46457.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 16, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1983.

Application to Transfer Denied
Nov. 22, 1983.

Joseph W. Downey, Public Defender, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Defendant appeals from his conviction, after a jury trial, of burglary in the second degree for which he was sentenced to ten years' imprisonment. No jurisprudential purpose would be served by a written opin-

ion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).